UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:04-CR-201-4BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSE MANUEL ARANA-ROMERO | ) | |
| aka MANNY | ) | |

This matter is before the Court on the Government's motion to revoke the order of release issued by Central District of California United States Magistrate Judge Jay Gandhi releasing the defendant from custody, pending trial, upon the satisfaction of certain conditions. Pursuant to Magistrate Judge Gandhi's minute order, the defendant will be released from custody if he is able to post a $150,000 secured bond and $100,000 unsecured bond. The Government seeks to revoke execution of the order of release. Pursuant to 18 U.S.C. § 3145, this court, which has original jurisdiction over the charged conduct, has the authority to review and, if warranted, revoke the order releasing the defendant on conditions. United States v. Evans, 62 F.3d 1233, 1236-37 (9th Cir. 1995); see also United States v. Gebro, 948 F.2d 1118, 1120 (9th Cir. 1991).

For good cause shown, it is hereby ORDERED that the order releasing the defendant pending trial upon the satisfaction of

certain conditions is hereby REVOKED.

So ORDERED, this 15 day of April, 2014.

*Terrence W. Boyle*
TERRENCE W. BOYLE
United States District Judge

2